**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | |
|---|---|
| ALBERT OGLES, | |
| *Plaintiff*, | |
| v. | Case No.: 2:18-cv-02265-CM-KGG |
| SECURITY BENEFIT LIFE INSURANCE COMPANY; SECURITY BENEFIT CORPORATION; GUGGENHEIM PARTNERS, LLC; ROYAL BANK OF SCOTLAND plc; AND GUGGENHEIM INVESTMENTS, A/K/A/ GUGGENHEIM PARTNERS INVESTMENT MANAGEMENT, LLC, | Oral Argument Requested |
| *Defendants*. | |

**GUGGENHEIM PARTNERS' AND GUGGENHEIM INVESTMENTS'
MOTION TO DISMISS THE AMENDED COMPLAINT**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Guggenheim Partners LLC ("Guggenheim Partners") and Guggenheim Investments a/k/a Guggenheim Partners Investment Management LLC ("Guggenheim Investments," and, together with Guggenheim Partners, the "Guggenheim Defendants") hereby move this Court to dismiss, with prejudice, the claims asserted against them in the Amended Complaint of Plaintiff Albert Ogles ("Plaintiff"). In support of their Motion, the Guggenheim Defendants incorporate by reference and rely upon the law, facts, and argument set forth in their accompanying Memorandum in Support of their Motion to Dismiss Plaintiff's Amended Complaint.

In addition, in support of their Motion, the Guggenheim Defendants incorporate by reference the following exhibits, each of which is attached to Defendants Security Benefit Life

Insurance Company's and Security Benefit Corporation's Memorandum in Support of their Motion to Take Judicial Notice of Certain Documents Filed Concurrently with their Motion to Dismiss Plaintiff's Amended Complaint (the "Security Benefit Defendants' MJN"), ECF No. 35:

1. Security Benefit Life Insurance Company – Fixed Index Flexible Premium Deferred Annuity Contract With Bonus (Plaintiff's Annuity Contract), attached as **Exhibit A** to the Security Benefit Defendants' MJN, ECF No. 35-1.

2. August 1, 2010 Amended and Restated Investment Management Agreement between Guggenheim Investments and Security Benefit Life (filed under seal), attached as **Exhibit C** to the Security Benefit Defendants' MJN, ECF No. 35-3, and submitted under seal as **Exhibit C** to the Security Benefit Defendants' Unopposed Motion for Leave to File Under Seal, ECF No. 36-1.

3. January 1, 2014 Investment Management Agreement between Guggenheim Investments and Security Benefit Life (filed under seal), attached as **Exhibit D** to the Security Benefit Defendants' MJN, ECF No. 35-4, and submitted under seal as **Exhibit D** to the Security Benefit Defendants' Unopposed Motion for Leave to File Under Seal, ECF No. 36-2.

Wherefore, the Guggenheim Defendants respectfully request that this Honorable Court grant their Motion to Dismiss in its entirety and enter an order dismissing the claims against them in Plaintiff's Amended Complaint with prejudice.

August 8, 2018                           Respectfully submitted,

                                          LATHROP GAGE LLP

                                          By:   */s/ R. Kent Sellers*
                                                Michael J. Abrams #15407
                                                R. Kent Sellers #70019 (USDC KS)
                                                2345 Grand Boulevard, Suite 2200
                                                Kansas City, MO 64108
                                                Telephone: (816) 292-2000
                                                Facsimile (816) 292-2001
                                                mabrams@lathropgage.com
                                                ksellers@lathropgage.com


                                          WINSTON & STRAWN LLP

                                          Dan K. Webb (*pro hac vice*)
                                          Todd J. Ehlman (*pro hac vice*)
                                          35 West Wacker Drive
                                          Chicago, IL 60601
                                          Telephone: (312) 558-5600
                                          Facsimile: (312) 558-5700
                                          dwebb@winston.com
                                          tehlman@winston.com

                                          Kerry C. Donovan (*pro hac vice*)
                                          200 Park Avenue
                                          New York, NY 10166
                                          Telephone: (212) 294-6700
                                          Facsimile: (212) 294-4700
                                          kcdonovan@winston.com

                                          *Counsel for Defendants Guggenheim*
                                          *Partners LLC and Guggenheim Partners*
                                          *Investment Management LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2018, I caused the foregoing "Guggenheim Partners'
and Guggenheim Investments' Motion to Dismiss the Amended Complaint" to be electronically
filed with the Clerk of the Court using the CM/ECF system, which will send notification of such
filing to all counsel of record.

/s/ R. Kent Sellers
*An Attorney for Defendants Guggenheim*
*Partners LLC and Guggenheim Partners*
*Investment Management LLC*