IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALBERT OGLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SECURITY BENEFIT LIFE | ) |
| INSURANCE COMPANY; | ) |
| SECURITY BENEFIT | ) Case No. 2:18-cv-02265 |
| CORPORATION; GUGGENHEIM | ) |
| PARTNERS, LLC; ROYAL BANK | ) |
| OF SCOTLAND plc, and | ) |
| GUGGENHEIM INVESTMENTS, | ) |
| A/K/A GUGGENHEIM PARTNERS | ) |
| INVESTMENT MANAGEMENT, | ) |
| LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANTS SECURITY BENEFIT LIFE INSURANCE COMPANY
AND SECURITY BENEFIT CORPORATION'S MOTION TO DISMISS**

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Security Benefit Life Insurance Company ("SBL") and Security Benefit Corporation ("SBC") move the Court for an order dismissing all claims against them with prejudice.

SBL and SBC bring this Motion to Dismiss on the following grounds:

Plaintiff's First Count for breach of written contract fails because he does not allege that SBL breached any specific provision of its annuity contract with him. Plaintiff's First Count fails for the additional reason that he lacks standing to even assert a contract claim.

1

Plaintiff also cannot recover on his Second Count that SBL breached its investment Management Agreements with Guggenheim Investments, because the agreements unambiguously demonstrate that Plaintiff is not an intended beneficiary of the agreements.

Plaintiff's Third Count for unjust enrichment fails because his claim is time-barred, his contract with SBL governs the relationship between Plaintiff and SBL, and he also lacks standing to bring such a claim.

Finally, Plaintiff's Fourth and Fifth Counts for RICO violations fail because RICO is precluded by the McCarran-Ferguson Act.

SBL and SBC request dismissal of all claims against them with prejudice for the reasons set forth in this Motion and the motions to dismiss filed by the other Defendants in this action. In support of this Motion, SBL and SBC submit and incorporate by reference their accompanying Memorandum in Support, its Motion for Judicial Notice (Doc. 34) and the accompanying Memorandum in Support of the Motion for Judicial Notice (Doc. 35).

Respectfully submitted,

FOULSTON SIEFKIN LLP

By: *s/ Holly A. Dyer*
Anthony F. Rupp, #11590
32 Corporate Woods, Suite 600
9225 Indian Creek Parkway
Overland Park, KS  66210
Ph: 913.253.2127
Fax: 913.498.2101
Email: Trupp@foulston.com

Holly A. Dyer, #16644
1551 N. Waterfront Parkway, Suite 100
Wichita, KS 67206-4466
Ph: 316.267.6371
Fax: 316.267.6345
Email: hdyer@foulston.com

-and-

ALSTON & BIRD

Robert D. Phillips, Jr. (*pro hac vice*)
Samuel J. Park (*pro hac vice*)
Gillian H. Clow (*pro hac vice*)
333 South Hope Street
Sixteenth Floor
Los Angeles, CA 90071
Ph:  213.576.1000
Fax: 213.576.1100
Email:  bo.phillips@alston.com
Email:  samuel.park@alston.com
Email:  gillian.clow@alston.com

*Attorneys for Defendants Security Benefit Life Insurance Company and Security Benefit Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August, 2018, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to the following:

| | |
|---|---|
| Eric D. Barton<br>ebarton@wcllp.com<br>Tyler W. Hudson<br>thudson@wcllp.com<br>Sarah Ruane<br>sruane@wcllp.com<br>Wagstaff & Cartmell LLP<br>4740 Grand Avenue, Suite 300<br>Kansas City, MO 64112<br><br>-and-<br><br>James M. Terrell<br>jterrell@mmlaw.net<br>P. Michael Yancey<br>myancey@mmlaw.net<br>Courtney Cooper Gipson<br>cgipson@mmlaw.net<br>Methvin, Terrell, Yancey, Stephens & Miller, P.C.<br>2201 Arlington Avenue South<br>Birmingham, AL 35205<br>    *Attorneys for Plaintiff* | W. Perry Brandt<br>perry.brandt@bclplaw.com<br>Logan M. Rutherford<br>logan.rutherford@bclplaw.com<br>Bryan Cave Leighton Paisner LLP<br>One Kansas City Place<br>1200 Main St., Suite 3800<br>Kansas City, MO 64105-2122<br><br>-and-<br><br>David Lesser<br>david.lesser@wilmerhale.com<br>Charles Platt<br>charles.platt@wilmerhale.com<br>WilmerHale LLP<br>7 World Trade Center<br>250 Greenwich St.<br>New York, NY 10007<br><br>-and-<br><br>Ari J. Savitzky<br>ari.savitzky@wilmerhale.com<br>Jack Starcher<br>jack.starcher@wilmerhale.com<br>WilmerHale LLP<br>1875 Pennsylvania Ave, NW<br>Washington, DC 20006<br>    *Attorneys for Defendant Royal*<br>    *Bank of Scotland Plc* |

(Continued next page)

Michael J. Abrams
mabrams@lathropgage.com
R. Kent Sellers
ksellers@lathropgage.com
Lathrop Gage LLP
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108

    -and-

Todd J. Ehlman
tehlman@winston.com
Dan K. Webb
dwebb@winston.com
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601

    -and-

Kerry C. Donovan
kcdonovan@winston.com
Winston & Strawn
200 Park Avenue
New York, NY 10166
    *Attorneys for Defendants*
    *Guggenheim Partners, LLC and*
    *Guggenheim Partners Investment*
    *Management, LLC*

                  *s/ Holly A. Dyer*
                   Holly A. Dyer, #16644