**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **ALBERT OGLES,** | **)** | |
| | **)** | |
| **Plaintiff,** | **)** | **Case No. 2:18-cv-02265-CM-KGG** |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **SECURITY BENEFIT LIFE INSURANCE COMPANY; SECURITY BENEFIT CORPORATION; GUGGENHEIM PARTNERS, LLC; ROYAL BANK OF SCOTLAND, plc, and GUGGENHEIM INVESTMENTS, a/k/a GUGGENHEIM PARTNERS INVESTMENT MANAGEMENT, LLC,** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROYAL BANK OF SCOTLAND, PLC WITHOUT PREJUDICE**

COMES NOW, Plaintiff Albert Ogles, by and through his undersigned counsel, and pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) gives notice of the voluntary dismissal of Defendant, Royal Bank of Scotland, plc. Such dismissal is appropriate because Royal Bank of Scotland, plc has not yet served an answer or a motion for summary judgment. The dismissals are without prejudice and the case remains pending as to all other Defendants.

Dated: October 24, 2018

Respectfully submitted,

/s/ *Eric D. Barton*
Eric D. Barton (KS Bar No. 16503)
Tyler W. Hudson (KS Bar No. 20293)
Sarah Ruane (KS Bar No. 23015)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Ste. 300
Kansas City, Missouri 64112
Telephone: (816) 701-1100

Facsimile: (816) 531-2372
Email: ebarton@wcllp.com
thudson@wcllp.com
sruane@wcllp.com

James M. Terrell (*pro hac vice*)
P. Michael Yancey (*pro hac vice*)
Robert G. Methvin, Jr. (*pro hac vice*)
Courtney Cooper Gipson (*pro hac vice*)
**METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.**
2201 Arlington Ave. South
Birmingham, AL 35205
Phone: (205) 939-0199
Fax: (205) 939-0399
jterrell@mmlaw.net
myancey@mmlaw.net
rgm@mmlaw.net
cgipson@mmlaw.net

*Attorneys for Plaintiff Albert Ogles*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of October, 2018, I filed the foregoing using the Court's CM/ECF system that will send notice of electronic filing to all counsel of record registered through the Court's ECF system.

/s/ *Eric D. Barton*
Counsel for Plaintiff Albert Ogles