# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALBERT OGLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SECURITY BENEFIT LIFE | ) |
| INSURANCE COMPANY; | ) |
| SECURITY BENEFIT | ) Case No. 2:18-cv-02265 |
| CORPORATION; GUGGENHEIM | ) |
| PARTNERS, LLC; ROYAL BANK | ) |
| OF SCOTLAND plc, and | ) |
| GUGGENHEIM INVESTMENTS, | ) |
| A/K/A GUGGENHEIM PARTNERS | ) |
| INVESTMENT MANAGEMENT, | ) |
| LLC | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DEFENDANTS SECURITY BENEFIT LIFE INSURANCE COMPANY AND SECURITY BENEFIT CORPORATION'S MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendants Security Benefit Life Insurance Company ("SBL") and Security Benefit Corporation ("SBC") move the Court for an order dismissing all claims against them with prejudice.

SBL and SBC bring this Motion to Dismiss on the following grounds:

Plaintiff's First Count for RICO violations fails because Plaintiff's RICO claim is precluded by the McCarran-Ferguson Act.

Plaintiff's Second Count for unjust enrichment fails because his claim is time-barred, his contract with SBL governs the relationship between Plaintiff and SBL, Plaintiff's allegations show that SBC and SBL did not retain any benefits, and Plaintiff lacks standing to bring such a claim.

1

SBL and SBC request dismissal of all claims against them with prejudice for the reasons set forth in this Motion and the motions to dismiss filed by the other Defendants in this action. In support of this Motion, SBL and SBC submit and incorporate by reference their accompanying Memorandum in Support, Motion for Judicial Notice, and the accompanying Memorandum in Support of the Motion for Judicial Notice.

Respectfully submitted,

FOULSTON SIEFKIN LLP

By:    *s/ Holly A. Dyer*
      Anthony F. Rupp, #11590
      32 Corporate Woods, Suite 600
      9225 Indian Creek Parkway
      Overland Park, KS 66210
      Ph: 913.253.2127
      Fax: 913.498.2101
      Email: Trupp@foulston.com

      Holly A. Dyer, #16644
      1551 N. Waterfront Parkway, Suite 100
      Wichita, KS 67206-4466
      Ph: 316.267.6371
      Fax: 316.267.6345
      Email: hdyer@foulston.com

      Robert D. Phillips, Jr. (*pro hac vice*)
      Samuel J. Park (*pro hac vice*)
      Gillian H. Clow (*pro hac vice*)
      333 South Hope Street
      Sixteenth Floor
      Los Angeles, CA 90071
      Ph: 213.576.1000
      Fax: 213.576.1100
      Email: bo.phillips@alston.com
      Email: samuel.park@alston.com
      Email: gillian.clow@alston.com

      *Attorneys for Defendants Security Benefit Life Insurance Company and Security Benefit Corporation*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of January, 2019, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to counsel of record.

                                        *s/ Holly A. Dyer*
                                        Holly A. Dyer, #16644