**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY**

| | |
|---|---|
| **ALBERT OGLES,**<br><br>　　Plaintiff, individually and on<br>　　behalf of all others similarly<br>　　situated,<br><br>　v.<br><br>**SECURITY BENEFIT LIFE<br>INSURANCE COMPANY; SECURITY<br>BENEFIT CORPORATION;<br>ELDRIDGE INDUSTRIES, LLC;<br>GUGGENHEIM PARTNERS, LLC; and<br>GUGGENHEIM INVESTMENTS, a/k/a<br>GUGGENHEIM PARTNERS<br>INVESTMENT MANAGEMENT, LLC,**<br><br>　　**Defendants.** | **Case No. 2:18-cv-02265-HLT-KGG** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
ELDRIDGE INDUSTRIES, LLC WITHOUT PREJUDICE**

COMES NOW, Plaintiff Albert Ogles, by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) gives notice of the voluntary dismissal of Defendant, Eldridge Industries, LLC. Such dismissal is appropriate because Eldridge Industries, LLC has not yet served an answer or a motion for summary judgment. The dismissals are without prejudice and the case remains pending as to all other Defendants.

Dated: January 24, 2019

Respectfully submitted,

/s/ *Eric D. Barton*
Eric D. Barton (KS Bar No. 16503)
Tyler W. Hudson (KS Bar No. 20293)
Sarah Ruane (KS Bar No. 23015)
**WAGSTAFF & CARTMELL LLP**
4740 Grand Avenue, Ste. 300
Kansas City, Missouri 64112
Telephone: (816) 701-1100
Email:  ebarton@wcllp.com
           thudson@wcllp.com
           sruane@wcllp.com


James M. Terrell (*pro hac vice*)
P. Michael Yancey (*pro hac vice*)
Robert G. Methvin, Jr. (*pro hac vice*)
Courtney Cooper Gipson (*pro hac vice*)
**METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.**
2201 Arlington Ave. South
Birmingham, AL 35205
Phone: (205) 939-0199
Fax: (205) 939-0399
jterrell@mmlaw.net
myancey@mmlaw.net
rgm@mmlaw.net
cgipson@mmlaw.net

*Attorneys for Plaintiff Albert Ogles*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2019, I filed the foregoing using the Court's CM/ECF system that will send notice of electronic filing to all counsel of record registered through the Court's ECF system.

/s/ *Eric D. Barton*
Counsel for Plaintiff Albert Ogles