# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**ALBERT OGLES,**

      **Plaintiff,**

**v.**                                          Case No:  **2:18-cv-02265-HLT-KGG**

**SECURITY BENEFIT LIFE INSURANCE COMPANY, SECURITY BENEFIT CORPORATION, GUGGENHEIM PARTNERS, LLC, and GUGGENHEIM INVESTMENTS,**

      **Defendants.**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 83) dismissing the complaint, judgment is entered in favor of the Defendants Security Benefit Life Insurance Company, Security Benefit Corporation, Guggenheim Partners, LLC and Guggenheim Investments against the Plaintiff Albert Ogles and this action is dismissed.

IT IS SO ORDERED.

TIMOTHY O'BRIEN  
CLERK OF THE COURT

Dated: July 12, 2019           /s/  *Misty D. Deaton*  
                                         By Deputy Clerk