**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**AT KANSAS CITY**

| | |
|---|---|
| ALBERT OGLES, | ) |
|    Plaintiff, individually and on behalf of all others similarly situated, | ) ) ) ) |
| v. | ) ) |
| SECURITY BENEFIT LIFE INSURANCE COMPANY; SECURITY BENEFIT CORPORATION; GUGGENHEIM PARTNERS, LLC; and GUGGENHEIM INVESTMENTS, a/k/a GUGGENHEIM PARTNERS INVESTMENT MANAGEMENT, LLC, | ) ) ) ) ) ) ) ) |
|    Defendants. | ) ) |

Case No. 2:18-cv-02265-HLT-KGG

## NOTICE OF APPEAL

Notice is hereby given that Albert Ogles, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on July 12, 2019.

Date: July 26, 2019

Respectfully Submitted,

WAGSTAFF & CARTMELL LLP

*/s/ Eric D. Barton*
Eric D. Barton         (KS Bar No. 16503)
Tyler W. Hudson    (KS Bar No. 20293)
Sarah Ruane           (KS Bar No. 23015)
4740 Grand Ave., Suite 300
Kansas City, MO  64112
Phone: 816-701-1100;   Fax: 816-531-2372
ebarton@wcllp.com
thudson@wcllp.com
sruane@wcllp.com

        James M. Terrell (*pro hac vice*)
        P. Michael Yancey (*pro hac vice*)
        Robert G. Methvin, Jr. (*pro hac vice*)
        Courtney Cooper Gipson (*pro hac vice*)
        **METHVIN, TERRELL, YANCEY, STEPHENS & MILLER, P.C.**
        2201 Arlington Ave. South
        Birmingham, AL 35205
        Phone: (205) 939-0199
        Fax: (205) 939-0399
        jterrell@mmlaw.net
        myancey@mmlaw.net
        rgm@mmlaw.net
        cgipson@mmlaw.net

        *Attorneys for Plaintiff Albert Ogles*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of July, 2019, I filed the foregoing using the Court's CM/ECF system that will send notice of electronic filing to all counsel of record registered through the Court's ECF system.

        */s/ Eric D. Barton*
        Counsel for Plaintiff Albert Ogles