**FILED**
United States Court of Appeals
Tenth Circuit

**July 10, 2020**

Christopher M. Wolpert
Clerk of Court

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

---

ALBERT OGLES,

    Plaintiff - Appellant,

v.

SECURITY BENEFIT LIFE INSURANCE COMPANY; SECURITY BENEFIT CORPORATION,

    Defendants - Appellees,

and

GUGGENHEIM PARTNERS, LLC; GUGGENHEIM INVESTMENTS, a/k/a Guggenheim Partners Investment Management, LLC,

    Defendants.

No. 19-3154
(D.C. No. 2:18-CV-02265-HLT-KGG)
(D. Kan.)

---

**ORDER**

---

This matter is before the court on appellant Albert Ogles *Motion for Voluntary Dismissal* in which counsel for Mr. Ogles moves to dismiss the appeal.

Upon consideration, the court grants the motion and dismisses this appeal. *See* Fed. R. App. P. Rule 42(b); 10th Cir. R. 27.5(A)(9).

A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court
    CHRISTOPHER M. WOLPERT, Clerk

    by: Lisa A. Lee
        Counsel to the Clerk